ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fluor Intercontinental, Inc. | ) ASBCA No. 63182 |
| | ) |
| Under Contract No. N62742-16-D-3554 | ) |

APPEARANCES FOR THE APPELLANT:     James A. Hughes, Jr., Esq.
                                   Andrea Reagan, Esq.
                                     Hughes Law PLC
                                     Arlington, VA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   Travis Van Ort, Esq.
                                     Trial Attorney
                                     FPO AE Africa

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $19,830. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from August 27, 2021 until date of payment.

Dated: December 16, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                           I concur

_____                    _____
RICHARD SHACKLEFORD                                OWEN C. WILSON
Administrative Judge                               Administrative Judge
Vice Chairman                                      Vice Chairman
Armed Services Board                               Armed Services Board
of Contract Appeals                                of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63182, Appeal of Fluor
Intercontinental, Inc., rendered in conformance with the Board's Charter.

        Dated:  December 16, 2022


_____
        PAULLA K. GATES-LEWIS
        Recorder, Armed Services
        Board of Contract Appeals

2